JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :     INDICTMENT

      - v. -            :     09 Cr.

ALEXIS GOMEZ,

           Defendant.    :

**09 CRIM 408**

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 2 2009

## COUNT ONE

The Grand Jury charges:

On or about February 2, 2009, in the Southern District of New York, ALEXIS GOMEZ, the defendant, unlawfully, willfully, and knowingly, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about December 3, 2002, in New York Supreme Court, New York County, for attempted criminal sale of a controlled substance in the third degree, a Class C felony, in violation of New York Penal Law § 220.39, did possess in and affecting commerce, a firearm, to wit, a Smith and Wesson .009-millimeter handgun, and 16 9mm luger rounds, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
LEV L. DASSIN
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALEXIS GOMEZ,

Defendant.

## INDICTMENT

09 Cr.

(18 U.S.C. §§ 922(g)(1))

LEV L. DASSIN
Acting United States Attorney.

A TRUE BILL

_Foreperson._