

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 22, 2009

By Facsimile

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
OCT 2 2 2009
JUDGE SWEET CHAMBERS

    Re:    United States v. Alexis Gomez,
            09 Cr. 408 (RWS)

Dear Judge Sweet:

        The Government writes to respectfully request a short adjournment of the deadline for the Government's response to the defendant's motion to suppress (the "Motion") until Monday, October 26, 2009. As set by Court at the pretrial conference on September 23, 2009, the Government's response the Motion is due on Friday, October 23, 2009. Defense counsel does not object to this request.

        Respectfully submitted,

        PREET BHARARA
        Acting United States Attorney

        By: *[signature]*
        Jessica Ortiz
        Assistant United States Attorney
        (212) 637-2398

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/09

cc:    Roland Thau, Esq.

*So ordered*
*Sweet USDJ*
*10.23-09*